**2008–1234. Rogers v. Planned Parenthood Cincinnati Region.**
Certified Questions of State Law, United States Court of Appeals for the Sixth Circuit, Nos. 06–4422 and 06–4423. This cause is before the court on the certification of a state law question from the United States Court of Appeals for the Sixth Circuit. Upon consideration of the joint motion for leave to submit the Sixth Circuit joint appendix,

It is ordered by the court that the motion is granted.

**2008–1360. State v. Lyon.**
Tuscarawas App. No. 2007 AP 08 0050, 2008-Ohio-2645. On July 14, 2008, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).